UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
MEI XING YU, on behalf of himself and all :
others similarly situated, :
 :
                                    Plaintiff, :
 :                           **16 Civ. 6094 (JMF)(RLE)**
          -against- :
 :
HASAKI RESTAURANT, INC., SHUJI YAGI, :                **OFFER OF JUDGMENT**
KUNITSUGU NAKATA, HASHIMOTO GEN, :
JOHN DOE and JANE DOE # 1-10, :
 :
                                   Defendants. :
-------------------------------------------------------------------------X

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants

Hasaki Restaurant, Inc., Shuji Yagi, Kunitsugu Nakata, Hashimoto Gen, John Doe and

Jane Doe # 1-10 ("defendants") by their attorneys Pechman Law Group PLLC, hereby

offer to allow judgment in this action to be taken against it and in favor of plaintiff Mei

Xing Yu ("plaintiff"), in the amount of twenty thousand dollars ($20,000) plus

reasonable attorneys' fees, costs, and expenses through the date of this offer.  The

amount paid to plaintiff shall be inclusive of all damages, liquidated damages, and

interest.  If plaintiff accepts this offer of judgment, no further payment will be due from

defendants with respect to this matter, or any other matter.

This Offer of Judgment is made for the purposes specified in Rule 68, and is not

to be construed as an admission that defendant is liable in any manner whatsoever in

this action, or that plaintiff has suffered any damage, or that defendant has in any

manner or way violated any of plaintiff's rights.

Acceptance of this Offer of Judgment will act to dismiss with prejudice all claims

raised by plaintiff in this action.

If plaintiff does not accept this offer, he may become obligated to pay costs and attorneys' fees incurred by defendants after the making of this offer.

Defendant's Offer of Judgment, if not accepted in writing within fourteen (14) days of service, shall be deemed withdrawn, and evidence of it shall not be admissible, except in a proceeding to determine costs incurred by defendants after the making of the offer. Dated:  New York, New York
November 23, 2016

PECHMAN LAW GROUP PLLC

By:_____
Louis Pechman
Laura Rodriguez
488 Madison Avenue, 11th Floor
New York, New York 10022
(212) 583-9500
pechman@pechmanlaw.com
rodriguez@pechmanlaw.com
*Attorneys for Defendants*

TO:   Jian Hang, Esq.
Keli Liu, Esq.
Hang & Associates, PLLC
136-18 39th Avenue, Suite 1003
Flushing, NY 11354
(718)-353-8588
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MEI XING YU, on behalf of himself and all     :
others similarly situated,     :
    :
    :
                        Plaintiff,     :
    :   **16 Civ. 6094 (JMF)(RLE)**
         -against-     :
    :
HASAKI RESTAURANT, INC., SHUJI YAGI,     :   **AFFIDAVIT OF SERVICE**
KUNITSUGU NAKATA, HASHIMOTO GEN,     :
JOHN DOE and JANE DOE # 1-10,     :
    :
                   Defendants.     :
------------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

       Laura Rodríguez, being duly sworn, deposes and says:

       I am over 18 years of age, reside in Queens, New York, and am not a party to this action.

       On November 23, 2016, I served the within OFFER OF JUDGMENT, in the above-referenced matter, by depositing a true copy of the papers, enclosed in a postage paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, to the following designated attorneys for plaintiff authorized to accept service:

                    Jian Hang, Esq.
                    Keli Liu, Esq.
                    Hang & Associates, PLLC
                    136-18 39th Avenue, Suite 1003
                    Flushing, NY 11354
                    (718)-353-8588
                    *Attorneys for Plaintiff*

                                        Laura Rodríguez

Sworn to before me this
23rd day of November 2016

NOTARY PUBLIC

VIVIANNA A. MORALES
Notary Public, State of New York
No. 02MO6309947
Qualified in Queens County
Commission Expires August 18, 20___