UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
MEI XING YU, individually and on behalf of :
all other employees similarly situated, :
: 16-CV-6094 (JMF)
Plaintiff, :
: ORDER
-v- :
:
HASAKI RESTAURANT, INC., et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      For reasons to be stated in an opinion to be issued in due course, the Court concludes that judicial approval of the parties' settlement is required, notwithstanding the fact that it was reached pursuant to Rule 68 of the Federal Rules of Civil Procedure. Accordingly, no later than **April 3, 2017**, the parties shall submit any settlement agreement to the Court, along with a joint letter explaining the basis for the proposed settlement and why it should be approved as fair and reasonable, with reference to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200-01 (2d Cir. 2015), and *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012).

      SO ORDERED.

Dated: March 20, 2017
      New York, New York

_____
JESSE M. FURMAN
United States District Judge