UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MEI XING YU, on behalf of himself and all
others similarly situated,

                              Plaintiff,          16 CIV. 6094 (JMF)(RLS)

      -against-

                                                    **NOTICE OF APPEAL**

HASAKI RESTAURANT, INC., SHUJI YAGI,
KUNITSUGU NAKATA, HASHIMOTO GEN,
JOHN DOE and JANE DOE # 1-10,

                              Defendants.
---------------------------------------------------------------------X

PLEASE TAKE NOTICE that the defendants Hasaki Restaurant, Inc., Shuji Yagi, Kunitsugu Nakata, and Hashimoto Gen in the above-named case hereby appeal, pursuant to 28 U.S.C. § 1292(b), to the United States Court of Appeals for the Second Circuit from the April 10, 2017 Order (ECF No. 27) refusing to enter the parties' accepted Rule 68 Offer.

Dated:   New York, New York
          April 14, 2017

                                            PECHMAN LAW GROUP PLLC

                                            By: _____
                                                Louis Pechman
                                                488 Madison Avenue
                                                New York, New York 10022
                                                Telephone: (212) 583-9500
                                                Facsimile: (212) 308-8582
                                                pechman@pechmanlaw.com
                                                *Attorneys for Defendants*