S.D.N.Y.-N.Y.C.
16-cv-6094
Furman, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of November, two thousand seventeen.

Present:
    Dennis Jacobs,
    Reena Raggi,
    Christopher F. Droney,
        *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov. 28, 2017

---

Mei Xing Yu, individual, on behalf of all other employees similarly situated,

        *Plaintiff-Appellee*,

    v.         17-3388

Hasaki Restaurant, Inc., et al.,

        *Defendants-Appellants*,

John Doe and Jane Doe #1-10,

        *Defendants*.

---

The Public Citizen Litigation Group moves to be appointed amicus curiae in order to defend the district court's ruling in this case. It is hereby ORDERED that the motion is GRANTED. The United States Department of Labor is also invited to file a brief as amicus curiae and may seek leave to argue.

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON NOVEMBER 28, 2017