UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MEI XING YU, on behalf of himself and all
others similarly situated,

         Plaintiff,

       16 Civ. 6094 (JMF)(RLE)

  -against-

HASAKI RESTAURANT, INC., SHUJI YAGI,    OFFER OF JUDGMENT
KUNITSUGU NAKATA, HASHIMOTO GEN,
JOHN DOE and JANE DOE # 1-10,

         Defendants.
------------------------------------------------------------------X

  Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants Hasaki Restaurant, Inc., Shuji Yagi, Kunitsugu Nakata, Hashimoto Gen, John Doe and Jane Doe # 1-10 ("defendants") by their attorneys Pechman Law Group PLLC, hereby offer to allow judgment in this action to be taken against it and in favor of plaintiff Mei Xing Yu ("plaintiff"), in the amount of twenty thousand dollars ($20,000) plus reasonable attorneys' fees, costs, and expenses through the date of this offer. The amount paid to plaintiff shall be inclusive of all damages, liquidated damages, and interest. If plaintiff accepts this offer of judgment, no further payment will be due from defendants with respect to this matter, or any other matter.

  This Offer of Judgment is made for the purposes specified in Rule 68, and is not to be construed as an admission that defendant is liable in any manner whatsoever in this action, or that plaintiff has suffered any damage, or that defendant has in any manner or way violated any of plaintiff's rights.

  Acceptance of this Offer of Judgment will act to dismiss with prejudice all claims raised by plaintiff in this action.

If plaintiff does not accept this offer, he may become obligated to pay costs and attorneys' fees incurred by defendants after the making of this offer.

Defendant's Offer of Judgment, if not accepted in writing within fourteen (14) days of service, shall be deemed withdrawn, and evidence of it shall not be admissible, except in a proceeding to determine costs incurred by defendants after the making of the offer. Dated: New York, New York
November 23, 2016

PECHMAN LAW GROUP PLLC

By: _____
Louis Pechman
Laura Rodriguez
488 Madison Avenue, 11th Floor
New York, New York 10022
(212) 583-9500
pechman@pechmanlaw.com
rodriguez@pechmanlaw.com
*Attorneys for Defendants*

TO: Jian Hang, Esq.
Keli Liu, Esq.
Hang & Associates, PLLC
136-18 39th Avenue, Suite 1003
Flushing, NY 11354
(718)-353-8588
*Attorneys for Plaintiff*

In light of the Second Circuit's decision in this matter, the Clerk of Court is directed to enter judgment consistent with this accepted Offer of Judgment and close the case. SO ORDERED.

May 4, 2020

2